# Exhibit A

# 26CV002572 FARIDA ISKHAKOVA VS. WELLS FARGO BANK, N.A. DCF

- Case Type:
- CIVIL
- Case Status:
- OPEN
- File Date:
- 08/26/2026
- Action:
- OTHER CIVIL
- Case Judge:
- FREEMAN, DONNA C
- Next Event:
-

All Information | Party | Service Records | Docket | Financial | Disposition

## Docket Information

| Date | Docket Text | Amount Due | Image Avail. |
|---|---|---|---|
| 08/26/2026 | CIVIL COMPLAINT FILED (COMPLAINT FOR DAMAGES; JURY TRIAL DEMANDED - PRO SE PLAINTIFF) | $25.00 | Image |
| 08/26/2026 | AFFIDAVIT OF INDIGENCY | | |
| 09/02/2026 | NEW CIVIL CASE FILING FEE | $350.00 | |
| 09/11/2026 | CERTIFIED MAIL ISSUED<br>Issue Date: 09/11/2026<br>Service: CIVIL SUMMONS W/COPY OF COMPLAINT<br>Method: CERTIFIED MAIL - CIVIL<br>Cost Per: 12.2000<br><br>WELLS FARGO BANK, N.A.<br>DEFAULT ADDRESS<br>MAC S4001-025<br>P.O. BOX 53400<br>PHOENIX, AZ 85072<br>Tracking Number: 000002785<br>42085072"9214890194038342686858 | $14.47 | Image |
| 09/11/2026 | COPIES MADE FOR SERVICE | $3.00 | |
| 09/22/2026 | SUCCESSFUL SERVICE<br>Method : CERTIFIED MAIL - CIVIL<br>Issued : 09/11/2026<br>Service : CIVIL SUMMONS W/COPY OF COMPLAINT<br>Served : 09/21/2026<br>Return : 09/22/2026<br>on : WELLS FARGO BANK, N.A.<br>Signed By : Matthew Thorton<br>Reason : SUCCESSFUL SERVICE<br>Comment : 9214 8901 9403 8342 6868 58<br>Tracking #: 000002785 | | Image |

TOM ORLANDO
Lorain County Clerk of Courts
225 Court Street – First Floor
Elyria, OH 44035

26CV002572

USPS CERTIFIED MAIL

9214 8901 9403 8342 6868 58

WELLS FARGO BANK, N.A.
MAC S4001-025
P.O. BOX 53400
PHOENIX, AZ 85072

FOLD HERE

**TOM ORLANDO**
LORAIN COUNTY CLERK OF COURTS

JUSTICE CENTER
225 COURT STREET
FIRST FLOOR, SUITE 105
ELYRIA, OH 44035

FARIDA ISKHAKOVA

CASE NO. 26CV002572

VS.

TO: WELLS FARGO BANK, N.A.
MAC S4001-025
P.O. BOX 53400
PHOENIX, AZ 85072

# SUMMONS ON COMPLAINT

You have been named defendant in a complaint filed in Lorain County Court of Common Pleas by plaintiff(s):

FARIDA ISKHAKOVA
1447 E 2ND ST APT 2B
BROOKLYN, NY 11230

A copy of the complaint is attached hereto. The name and address of the plaintiff's attorney is:

PRO SE

You are hereby summoned and required to serve a copy of your answer to the complaint upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, within **TWENTY-EIGHT (28) DAYS** after service of this summons on you, exclusive of the day you receive it. Your answer must **ALSO** be filed with this Court within three (3) days after you serve, (delivered or by mail), a copy of your answer on the plaintiff's attorney.

If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

***TOM ORLANDO***
**CLERK OF COURTS OF COMMON PLEAS**
**LORAIN COUNTY, OHIO**

**September 11, 2026**

**BY:** Megan Sturtevant-Twin
Deputy Clerk

FILED
LORAIN COUNTY
2026 AUG 26 P 1:55
COURT OF COMMON PLEAS
TOM ORLANDO

**IN THE COURT OF COMMON PLEAS**

**LORAIN COUNTY, OHIO**

**Farida Iskhakova**

**1447 E 2nd St apt 2B**

**Brooklyn, NY 11230**

**(470) 871-7297**

**sevartimalove@mail.ru**

**CASE NO.** 26CV002572

JUDGE DONNA FREEMAN

**JUDGE:** ______________

**Plaintiff,**

**v.s**

**Wells Fargo Bank, N.A.**

**MAC S4001-025**

**P.O. Box 53400**

**Phoenix, AZ 85072-9993**

**Defendant.**

**COMPLAINT FOR DAMAGES**

**(JURY TRIAL DEMANDED – PRO SE PLAINTIFF)**

Plaintiff, Farida Iskhakova, appearing pro se, hereby complains

and alleges against Defendant Wells Fargo Bank, N.A., as follows:

==X

## I. JURISDICTION AND VENUE

==X

1.1 *This Court has jurisdiction pursuant to Ohio Revised Code § 2307.01 and the Ohio Constitution, Article IV, Section 4(B).*

1.2 *Venue is proper in Lorain County, Ohio, because Plaintiff resides in Lorain County (216 Moore Rd apt 3R, Avon Lake, OH 44012) and Defendant Wells Fargo transacts substantial business within Lorain County, Ohio. Ohio Civ. R. 3(B).*

1.3 *Defendant Wells Fargo Bank, N.A. is a national banking association chartered under the laws of the United States and is subject to personal jurisdiction in Ohio because it regularly conducts business, maintains branches, and holds accounts for Ohio residents, including Plaintiff.*

==X

## II. THE PARTIES

==X

2.1 Plaintiff Farida Iskhakova is a natural person and consumer residing at 1447 E 2nd St apt 2B, Brooklyn, NY 11230, with a prior primary residence at 216 Moore Rd apt 3R, Avon Lake,

OH 44012, where her Wells Fargo accounts were maintained.

2.2 Defendant Wells Fargo Bank, N.A. ("Wells Fargo") is a national banking association with its principal place of business in San Francisco, California, and is authorized to transact business in the State of Ohio.

===X

## III. FACTUAL ALLEGATIONS – THREE UNLAWFUL ACCOUNT CLOSURES

===X

3.1 Plaintiff held three separate Wells Fargo accounts (credit cards and/or checking accounts) that were unlawfully frozen, restricted, and ultimately closed by Defendant without proper notice, cause, or opportunity to cure.

A. **FIRST ACCOUNT (Credit Card ****6331)** – Unlawfully Frozen and Closed with a $6,000 Credit Limit

3.2 On or about August 2026, Wells Fargo opened a new Active Cash Visa® credit card account ending in ****6331 with a credit limit of $6,000. Plaintiff used the account in good faith.

3.3 Wells Fargo abruptly froze the account without any prior notice, citing only a "temporary restriction" and demanding that Plaintiff call a specific number.

3.4 Plaintiff called and was informed that Wells Fargo required IRS Form 4506-C (Request for Transcript of Tax Return) to unfreeze the account. Plaintiff promptly complied and faxed the completed and signed Form 4506-C to Wells Fargo on August 11, 2026. Wells Fargo confirmed receipt.

3.5 Despite receipt of all requested documentation, Wells Fargo refused to unfreeze the account. On August 19, 2026, a Wells Fargo representative (Brandon, Second Department) informed Plaintiff that the account was closed as a "business decision" and that Wells Fargo would not reopen it because Plaintiff had filed a lawsuit and consulted with an attorney.

*3.6 This closure was retaliatory, in direct violation of the Consumer Financial Protection Act (CFPA), 12 U.S.C. § 5536(a)(1)(C), which prohibits terminating or discriminating against a consumer's account because the consumer has filed a complaint or asserted legal rights.*

B. **SECOND ACCOUNT** (*Claim #25508270 – $3,090.99 Western Union Dispute) – Unlawful Denial and Closure of $9,000 Account*

3.7 Plaintiff held another Wells Fargo credit card account with a *credit limit of approximately $9,000 (card ending ****4935).*

3.8 On October 16, 2024, Plaintiff paid $3,090.99 through Western Union for a money transfer service that failed completely;

the funds never reached the destination.

*3.9 Plaintiff timely filed a dispute with Wells Fargo (Claim #25508270) on June 13, 2025. Under the Fair Credit Billing Act (FCBA), 15 U.S.C. § 1666, and Regulation Z, 12 C.F.R. § 1026.13, Wells Fargo had 90 days to investigate.*

3.10 Wells Fargo closed the claim on June 25, 2025, just 12 days after filing, citing "lack of timeframe" – a reason that does not exist in any federal regulation or statute. This constitutes a per se violation of the **FCBA** and Regulation Z.

3.11 Wells Fargo subsequently closed this account as well, without any valid explanation, and refused to provide any documentation supporting its decision.

C. **THIRD ACCOUNT** – Unlawful Closure $4,000 Account (Approximately 7 Months Prior)

3.12 Plaintiff held a third Wells Fargo account with a credit limit of approximately $4,000, which was closed by Wells Fargo approximately seven (7) months ago without any valid explanation, prior notice, or opportunity to cure.

3.13 Wells Fargo's pattern and practice of closing consumer accounts without cause constitutes a systematic violation of Ohio consumer protection laws and federal banking regulations.

## IV. LEGAL VIOLATIONS (STATUTES, REGULATIONS, AND CASE LAW)

4.1 Violation of the Consumer Financial Protection Act (CFPA), 12 U.S.C. § 5536(a)(1)(C) – Retaliation:

Wells Fargo closed Plaintiff's account ****6331 because she filed a lawsuit and asserted her legal rights. Retaliation is explicitly prohibited by federal law.

4.2 Violation of the CFPA, 12 U.S.C. § 5536(a)(1)(B) – Unfair, Deceptive, or Abusive Act or Practice (UDAAP):

Wells Fargo's conduct – freezing the account after receiving all requested documentation, then closing it as a "business decision" without explanation – is unfair, deceptive, and abusive.

4.3 Violation of the Fair Credit Billing Act (FCBA), 15 U.S.C. § 1666, and Regulation Z, 12 C.F.R. § 1026.13:

Wells Fargo failed to investigate Claim #25508270 within the *90-day statutory period, closed it under a fictitious reason ("lack of timeframe"), and refused to provide a written explanation of its findings.*

4.4 *Violation of the Truth in Lending Act (TILA), 15 U.S.C. § 1640(a)(2)(A):*

*For the above violations, Wells Fargo is liable for statutory damages of up to $1,000 per violation.*

4.5 *Violation of the Electronic Fund Transfer Act (EFTA), 15 U.S.C. § 1693f, and Regulation E, 12 C.F.R. § 1005.11:*
*Wells Fargo failed to properly investigate the unauthorized transfer of $199.68 (Paysend) and improperly reversed the provisional credit without providing adequate documentation.*

4.6 *Breach of the Implied Covenant of Good Faith and Fair Dealing (Ohio common law, applied through the UCC):*
*Wells Fargo's arbitrary account closures and failure to follow its own procedures constitute a breach of the covenant of good faith inherent in every banking relationship.*

4.7 *Violation of the Ohio Consumer Sales Practices Act (CSPA), Ohio Rev. Code § 1345.02 et seq.:*
*Wells Fargo's deceptive, unfair, and unconscionable acts – including misrepresenting the reason for account closures, retaliating against Plaintiff, and failing to provide promised services – violate Ohio consumer protection law.*

4.8 *Spoliation of Evidence:*
*Wells Fargo deleted Plaintiff's online account access after the dispute was filed, destroying relevant records. Under Ohio law, this gives rise to an adverse inference against Defendant. See Smith v. Allstate Ins. Co., 2006-Ohio-6042*

*(Ohio Ct. App. 2006).*

---

## V. DAMAGES – DETAILED CALCULATION

---

**Plaintiff demands judgment against Defendant Wells Fargo Bank, N.A. in the total amount of **$37,277.70**, calculated as follows:**

| Component | Amount |
|---|---|
| Account 1: Unlawfully frozen/closed (credit limit $6,000) | $6,000.00 |
| Account 2: Unlawful denial of Western Union dispute ($3,090.99) | $3,090.99 |
| Account 2: Additional damages for FCBA/Reg Z violation | $2,000.00 |
| Account 3: Unlawful closure (credit limit $4,000) | $4,000.00 |
| Statutory damages under TILA (15 U.S.C. § 1640) | $1,000.00 |
| Treble damages for UDAAP violations | $12,000.00 |
| Punitive damages for retaliation and bad faith | $8,000.00 |
| Damages for emotional distress and loss of credit | $3,000.00 |
| Court costs and filing fees | $186.71 |
| **TOTAL** | **$37,277.70** |

---

## VI. PRAYER FOR RELIEF

---

**WHEREFORE,** Plaintiff Farida Iskhakova respectfully requests that

this Court enter judgment in her favor and against Defendant Wells Fargo Bank, N.A., as follows:

1. Compensatory damages in the amount of **$37,277.70**;

2. An order compelling Wells Fargo to immediately unfreeze and restore full access to Account ****6331;

3. An order compelling Wells Fargo to remove all negative credit reporting related to all three accounts;

4. An order requiring Wells Fargo to provide a written explanation of all account closures and the specific business reasons for each;

5. Statutory damages, treble damages, punitive damages, and pre-judgment interest as permitted by law;

6. Costs of this action, including court costs and service fees; and

7. Such other and further relief as the Court deems just and proper.

---

## VII. DEMAND FOR JURY TRIAL

---

Plaintiff hereby demands a trial by jury on all issues so triable pursuant to the Seventh Amendment to the United States Constitution and Article I, Section 5 of the Ohio Constitution.

---

## VIII. VERIFICATION

---

**I, Farida Iskhakova,** affirm under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, and that this action is not commenced for purposes of harassment or delay.

**Date:** ________________ ______________________________

**Farida Iskhakova, Plaintiff Pro Se**

**1447 E 2nd St apt 2B**

**Brooklyn, NY 11230**

**(470) 871-7297**

**sevartimalove@mail.ru**

---

## CERTIFICATE OF SERVICE

---

**I hereby certify that a true and correct copy of the foregoing Complaint was mailed via Certified Mail, Return Receipt Requested,**

**to Defendant Wells Fargo Bank, N.A., at its registered agent for service in Ohio, on this 21 day of August, 2026.**

**Farida Iskhakova, Pro Se**

CERTIFIED MAIL

US POSTAGE PITNEY BOWES

ZIP 44102 $ 012.47⁰
02 7W
0008041111 SEP. 15. 2026

TOM ORLANDO
Lorain County Clerk of Courts
225 Court Street – First Floor
Elyria, OH 44035

26CV002572

USPS CERTIFIED MAIL

9214 8901 9403 8342 6868 58

WELLS FARGO BANK, N.A.
MAC S4001-025
P.O. BOX 53400
PHOENIX, AZ 85072

FOLD HERE

# TOM ORLANDO

LORAIN COUNTY CLERK OF COURTS

JUSTICE CENTER
225 COURT STREET
FIRST FLOOR, SUITE 105
ELYRIA, OH 44035

FARIDA ISKHAKOVA

CASE NO. 26CV002572

VS.

TO: WELLS FARGO BANK, N.A.
MAC S4001-025
P.O. BOX 53400
PHOENIX, AZ 85072

## SUMMONS ON COMPLAINT

You have been named defendant in a complaint filed in Lorain County Court of Common Pleas by plaintiff(s):

FARIDA ISKHAKOVA
1447 E 2ND ST APT 2B
BROOKLYN, NY 11230

A copy of the complaint is attached hereto. The name and address of the plaintiff's attorney is:

PRO SE

You are hereby summoned and required to serve a copy of your answer to the complaint upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, within **TWENTY-EIGHT (28) DAYS** after service of this summons on you, exclusive of the day you receive it. Your answer must **ALSO** be filed with this Court within three (3) days after you serve, (delivered or by mail), a copy of your answer on the plaintiff's attorney.

If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

***TOM ORLANDO***
**CLERK OF COURTS OF COMMON PLEAS**
**LORAIN COUNTY, OHIO**

**September 11, 2026**

**BY:** Megan Sturtevant-Lucio
Deputy Clerk

UNITED STATES POSTAL SERVICE

Mailer: Lorain County Clerk of Courts

Date Produced: 09/22/2026

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8342 6868 58. Our records indicate that this item was delivered on 09/21/2026 at 11:24 a.m. in PHOENIX, AZ 85072. The scanned image of the recipient information is provided below.

Signature of Recipient :


Delivery Section

| | |
|---|---|
| Signature X | Matthew Thornton |
| Printed Name | Matthew Thornton |

Address of Recipient :



| | |
|---|---|
| Delivery Address | Wellsfargo<br>FIB 85038 85072 |

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

WELLS FARGO BANK, N.A.
MAC S4001-025
P.O. BOX 53400
PHOENIX, AZ 85072

Customer Reference Number: C7155230.43845711

UNITED STATES POSTAL SERVICE ®

**Return address:**

LORAIN COUNTY CLERK OF COURTS
225 COURT ST
ELYRIA OH 44035

**Recipient address:**

WELLS FARGO BANK, N.A.
MAC S4001-025
P.O. BOX 53400
PHOENIX, AZ 85072

MAILING DATE: 09/11/2026
DELIVERY DATE: 09/21/2026

USPS CERTIFIED MAIL

9214 8901 9403 8342 6868 58

**USPS Tracking Label Number: 9214 8901 9403 8342 6868 58**

| USPS Tracking History | Location | Date / Time |
|---|---|---|
| PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | CLEVELAND,OH 44101 | 09/11/2026 09:05 |
| ORIGIN ACCEPTANCE | CLEVELAND OH DISTRIBUTION CENTE 44101 | 09/16/2026 18:38 |
| PROCESSED THROUGH USPS FACILITY | CLEVELAND OH DISTRIBUTION CENTE 44181 | 09/16/2026 19:53 |
| PROCESSED THROUGH USPS FACILITY | PHOENIX AZ DISTRIBUTION CENTER 85043 | 09/18/2026 11:41 |
| ARRIVAL AT UNIT | PHOENIX,AZ 85026 | 09/21/2026 03:27 |
| AVAILABLE FOR PICKUP | PHOENIX,AZ 85072 | 09/21/2026 03:46 |
| DELIVERED INDIVIDUAL PICKED UP AT PO | PHOENIX,AZ 85072 | 09/21/2026 11:24 |

CASENUM: 26CV002572
DIVISION: GENERAL